**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| ASHLI FEACHER § | |
|    Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO.: 1:16-CV-00510 |
| § | |
| EMSL ANALYTICAL, INC. and § | |
| TOTAL SAFETY U.S., INC. § | |
|    Defendants § | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

     Plaintiff files her notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1.    Plaintiff is ASHLI FEACHER; Defendants are EMSL ANALYTICAL, INC. AND TOTAL SAFETY U.S., INC.

2.    On November 7, 2016, Plaintiff sued Defendants for the personal injuries she sustained after being exposed to mold.

3.    Defendants, who have served an answer, agree to the dismissal.

4.    This case is not a class action.

5.    A receiver has not been appointed in this case.

6.    This case is not governed by any federal statute that requires a court order for dismissal of the case.

7.    Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8.    This dismissal is without prejudice to refiling.

Respectfully submitted,

**PROVOST UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
Telefax: (409) 813-8605

By: _____
RONNIE TURNER, JR.
State Bar No. 24075533
rturner@pulf.com
JAMES E. PAYNE
State Bar No. 00788171
jpayne@pulf.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished to all counsel of record via Facsimile on this the 18th day of April, 2017.

_____
RONNIE TURNER, JR.