| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| ASHLI FEACHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:16-CV-510 |
| | § | |
| EMSL ANALYTICAL, INC. and | § | |
| TOTAL SAFETY, U.S., INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal (#17), filed April 18, 2017, this action is dismissed in its entirety, without prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

**So ORDERED and SIGNED this 19th day of April, 2017.**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE